# Court of Appeals
# of the State of Georgia

ATLANTA, January 19, 2018

*The Court of Appeals hereby passes the following order*

**A18D0245. HOWARD STEPHENS v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

97R0265



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta, January 19, 2018.*

     *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

     *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*